UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY RODRIGUEZ,

               Plaintiff,

-v-

LUNITA'S CAFÉ AND DELI CORP. d/b/a LUNITA'S RESTAURANT & PABLO LUNA,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 3909 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial conference held today, May 12, 2022, the Court orders as follows:

1. The fact discovery deadline is extended to **Friday, June 24, 2022**.

2. By **Wednesday, July 6, 2022**, the parties shall submit a joint-letter (i) certifying the completion of fact discovery and (ii) advising the Court whether the parties are interested in scheduling a settlement conference or, otherwise, are prepared to proceed before the Honorable Paul G. Gardephe for dispositive motion practice and trial.

Dated:     New York, New York
            May 12, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**