UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY RODRIGUEZ,

                Plaintiff,

-v-

LUNITA'S CAFÉ AND DELI CORP. d/b/a LUNITA'S RESTAURANT & PABLO LUNA,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 3909 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, September 6, 2022, the Court orders as follows:

1. By **Friday, September 23, 2022**, the parties shall file a joint-letter (i) certifying the completion of fact discovery, and (ii) advising the Court whether the parties would be interested in scheduling a settlement conference or, otherwise, (iii) including a proposed briefing schedule for dispositive motion practice before the Honorable Paul G. Gardephe.

Dated:      New York, New York
              September 6, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**