UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY RODRIGUEZ,

                Plaintiff,

-v-                                       CIVIL ACTION NO.: 21 Civ. 3909 (PGG) (SLC)

LUNITA'S CAFÉ AND DELI CORP. d/b/a LUNITA'S     **ORDER**
RESTAURANT & PABLO LUNA,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On September 26, 2022, the Court directed the parties to file a joint-letter, by Friday, September 30, 2022, (i) certifying the completion of fact discovery, and (ii) advising the Court whether the parties would be interested in scheduling a settlement conference or, otherwise, (iii) including a proposed briefing schedule for dispositive motion practice before the Honorable Paul G. Gardephe (the "Letter"). To date, the parties have not filed the Letter. Accordingly, the parties shall file the Letter by **Wednesday, October 5, 2022**.

Dated:        New York, New York
               October 3, 2022

                                                      SO ORDERED.

                                                      _/s/ Sarah L. Cave_
                                                     **SARAH L. CAVE**
                                                     **United States Magistrate Judge**