# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

October 7, 2022

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    Rodriguez v. Lunita's Cafe and Deli Corp. *et al.*
               Case No.: 21-cv-03909 (PGG) (SLC)

Dear Judge Cave:

      This firm represents Plaintiff in the above-captioned matter. Plaintiff writes to request that this Court adjourn the conference scheduled for October 13th until either October 24th or October 26th, both of which dates are available for all parties.

      Plaintiff's counsel is engaged in a previously scheduled mediation on the 13th and is unavailable on that date. Defendants consent to moving the conference in this case to either of the two dates listed.

      Thank you for your attention to the above.

                               Respectfully Submitted,

                               -----------/s/------------
                               Michael Taubenfeld

---

Plaintiffs' letter-motion seeking to adjourn the settlement conference scheduled for Thursday, October 13, 2022 at 2:00 pm (ECF No. 34) is GRANTED, and the settlement conference is ADJOURNED to **Monday, October 31, 2022 at 10:00 a.m.** All other terms of the Settlement Conference Scheduling Order remain in effect. (See ECF No. 33).

The Clerk of Court is respectfully directed to close ECF No. 34.

SO ORDERED 10/07/22

SARAH L. CAVE
United States Magistrate Judge