UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY RODRIGUEZ,

              Plaintiff,

  -v-

                                          CIVIL ACTION NO.: 21 Civ. 3909 (PGG) (SLC)

LUNITA'S CAFÉ AND DELI CORP. d/b/a LUNITA'S                 **ORDER**
RESTAURANT & PABLO LUNA,

              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

By **Monday, November 14, 2022**, the parties shall file a joint letter certifying the completion of fact discovery. By **Monday, November 21, 2022**, the parties shall file a joint letter, in accordance with the Honorable Paul G. Gardephe's Individual Rules of Practice, requesting a pre-motion conference for dispositive motion practice.

Dated:     New York, New York
            October 31, 2022

                                                              SO ORDERED.

                                                              _____
                                                              SARAH L. CAVE
                                                               **United States Magistrate Judge**