# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

April 11, 2023

**VIA ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

           Re:    Rodriguez v. Lunita's Cafe and Deli Corp. *et al.*
                  Case No.: 21-cv-03909 (PGG) (SLC)

Dear Judge Gardephe:

     We represent Plaintiff in the above-named matter. Due to the Jewish holidays, which I observe, we request an additional two weeks to provide Plaintiff's supplemental letter as requested in the April 7, 2023 Order. Plaintiff requests to file her supplemental letter on April 28, 2023, and Defendants will submit their response on May 5, 2023.  Defendants consent to this request.

     Thank you for your attention to the above.

                                     Respectfully Submitted,

                                     -----------/s/-----------
                                   Michael Taubenfeld

**MEMO ENDORSED**
The Application is granted.
**SO ORDERED:**

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated:  April 13, 2023