UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY RODRIGUEZ,

                Plaintiff,

-against-

LUNITA'S CAFÉ AND DELI CORP d/b/a Lunita's Restaurant and PABLO LUNA,

                Defendants.

**ORDER**

21 Civ. 3909 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

      The following schedule will apply to Defendants' motion for summary judgment:

(1) Defendants' motion, opening brief, and supporting materials are due on **October 10, 2023**;

(2) Plaintiff's opposition brief and supporting materials are due on **October 31, 2023**;

(3) Defendants' reply, if any, is due on **November 7, 2023**.

      The Clerk of Court is directed to terminate the letter motion at Dkt. No. 48 as moot.

Dated:  New York, New York
          September 19, 2023

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge