UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODRIGUEZ,

Plaintiff,

-v-

LUNITA'S CAFE AND DELI CORP, ET AL.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2026

**ORDER**

21-CV-3909 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference is scheduled on **June 5, 2026,** at **10:00 a.m.** by telephone to discuss scheduling a trial.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 835 121 608#).

**SO ORDERED.**

Dated: May 15, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge