USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY RODRIGUEZ,

Plaintiff,

-v-

LUNITA'S CAFE AND DELI CORP, d/b/a LUNITA'S RESTAURANT, ET AL.,

Defendants.

**ORDER**

21-CV-3909 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint pretrial order, ECF No. 100 (the "JPTO"). Upon initial review of the JPTO, it appears that Plaintiff is no longer pursuing her federal claims. Defendants are therefore directed to file a letter brief to dismiss Plaintiff's remaining claims for lack of federal subject matter jurisdiction by **August 28, 2026**. Plaintiff is directed to file her response by **September 3, 2026**. The parties' letter briefs shall not exceed **three single-spaced pages**.

**SO ORDERED.**

Dated: August 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge