MEMO ENDORSEMENT

**TULLY**

**LAW OFFICE, P.C.**

1830 COMMERCE STREET YORKTOWN HTS., NY 10598 TEL 914-245-0044 FAX 914-245-3464

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____________
DATE FILED: 9/1/2026

August 31, 2026

Hon. Henry J. Ricardo, U.S.M.J.
United States District Court (SDNY)
500 Pearl Street
New York, NY 10007-1312

Re: **Rodriguez v. Lunita's Café and Deli Corp., et al.**
**(21-cv-03909 (HJR))**

Your Honor:

I represent the Defendants in the above-referenced action and I respectfully submit this request for an extension of the filing deadline forth in the Court's August 24, 2026 Order, *nunc pro tunc*. Plaintiff consents to this request.

On Monday August 24, 2026, the Court issued an Order directing Defendants to file a letter brief to dismiss Plaintiff's remaining claims for lack of federal subject matter jurisdiction by August 28, 2026 (SDNY CM/ECF Doc. 101). Because of an issue with my email account last week I did not receive, and was not aware of, Your Honor's Order until approximately 10 p.m. on August 27, 2026 (see attached). I was unable to complete the letter brief by the stated deadline, but it was subsequently filed on August 29, 2026. (SDNY CM/ECF Doc. 102).

Defendants therefore respectfully request that the letter brief be accepted *nunc pro tunc*. Michael Taubenfeld, Esq., attorney for the Plaintiff, has kindly consented to this request.[1]

I thank the Court for its time and consideration of this request.

Sincerely,
*Tara A. Tully*
Tara A. Tully

Henry J. Ricardo
United States Magistrate Judge

TT/
Enclosure

The extension request is **GRANTED**, *nunc pro tunc*. Defendants' letter brief, ECF No. 102, shall be considered timely. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 103.
**SO ORDERED.**
Dated: September 1, 2026
New York, New York

cc: Michael Taubenfeld, Esq.

[1] It is my understanding that Mr. Taubenfeld is not seeking additional time to submit Plaintiff's response, but Defendants would of course consent to any such request.

# Activity in Case 1:21-cv-03909-HJR Rodriguez v. Lunita's Cafe and Deli Corp et al Order

8/27/26 10:01 PM

From: NYSD_ECF_Pool@nysd.uscourts.gov

To: CourtMail@nysd.uscourts.gov

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 8/24/2026 at 1:47 PM EDT and filed on 8/24/2026

**Case Name:** Rodriguez v. Lunita's Cafe and Deli Corp et al
**Case Number:** 1:21-cv-03909-HJR
**Filer:**
**Document Number:** 101

**Docket Text:**
**ORDER re: [100] Proposed Pre-Trial Order filed by Betty Rodriguez. The Court is in receipt of the parties' joint pretrial order, ECF No. 100 (the "JPTO"). Upon initial review of the JPTO, it appears that Plaintiff is no longer pursuing her federal claims. Defendants are therefore directed to file a letter brief to dismiss Plaintiffs remaining claims for lack of federal subject matter jurisdiction by August 28, 2026. Plaintiff is directed to file her response by September 3, 2026. The parties' letter briefs shall not exceed three single-spaced pages. SO ORDERED. (Signed by Magistrate Judge Henry J Ricardo on 8/24/2026) (ar)**

**1:21-cv-03909-HJR Notice has been electronically mailed to:**

Michael Taubenfeld michael@fishertaubenfeld.com, ecf@fishertaubenfeld.com, julia@fishertaubenfeld.com, liane@fishertaubenfeld.com, mtaubenfeld@gmail.com, susanne@fishertaubenfeld.com

Tara A. Tully ttully@tullylawoffice.com

**1:21-cv-03909-HJR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=8/24/2026] [FileNumber=35290901-0] [1c2310c84db0009dbf97623ef107fd047baa9bca620485888d0353dba97852d616572a733ec1efc7182cbb2ab9fc797dc99c4e0a92f1cedfad92c4f6615085e1]]