USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY RODRIGUEZ,

Plaintiff,

-v-

LUNITA'S CAFE AND DELI CORP, d/b/a LUNITA'S RESTAURANT, ET AL.,

Defendants.

**ORDER**

21-CV-3909 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A final pretrial conference was held on September 8, 2026. For the reasons stated on the record at the conference, Plaintiff's federal claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, the first and second causes of action asserted in the Complaint, ECF No. 1, are **DISMISSED**.

In light of the dismissal of Plaintiff's federal claims, the Court addressed at the pretrial conference Defendants' motion to dismiss for lack of federal subject matter jurisdiction, ECF No. 102 (the "Motion to Dismiss"), and Plaintiff's opposition to the Motion to Dismiss, ECF No. 105. For the reasons stated on the record, the Motion to Dismiss is **DENIED**, and the Court exercises supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367.

The Clerk of Court is respectfully directed to terminate the Motion to Dismiss at ECF No. 102 as **DENIED**.

**SO ORDERED.**

Dated: September 8, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge