USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 9/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY RODRIGUEZ,

Plaintiff,

-v-

LUNITA'S CAFE AND DELI CORP, d/b/a LUNITA'S RESTAURANT, ET AL.,

Defendants.

**ORDER**

21-CV-3909 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint letter stating that they have reached a settlement in principle. ECF No. 108. In light of the settlement, the trial scheduled to begin on September 15, 2026 is adjourned *sine die*.

Additionally, as Plaintiff's federal claims under the Fair Labor Standards Act were dismissed, *see* ECF No. 106, the Court need not review the parties' settlement pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Therefore, it is hereby **ORDERED** that this matter be discontinued with prejudice and without costs; provided, however, that **within 30 days of the date of this order**, counsel for the Plaintiff may apply by letter motion for restoration of the action if the settlement is not consummated.

Any application to reopen must be filed within 30 days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court

within the same 30-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: September 15, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge